UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : | |
| v. | : : | Case No.: 1:19-CR-57-LO |
| **SASCHA AMADEUS CARLISLE** | : : : | |
| **Defendant** | : : : | |

### MOTION TO ADOPT CO-DEFENDANT'S MOTION TO DISMISS INDICTMENT

COMES NOW, the Defendant, Sascha Amadeus Carlisle, by and through counsel, and hereby specifically moves to adopt and join in the Motion to Dismiss and Memorandum in Support filed by counsel for Mr. Peter Le (Docs. 705 & 706). We are available on the currently set hearing date of March 8, 2022, or any other mutually convenient date.

Respectfully submitted,

SASCHA AMADEUS CARLISLE
By Counsel

_____/s/_____
Jeffrey Zimmerman, Esquire
Virginia State Bar No. 38858
Jeffrey Zimmerman, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Telephone Number: (703) 548-8911
Facsimile Number: (703) 548-8935
Email Address: www.zimpacer.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March 2022, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

                                                                      /s/
                                          JEFFREY D. ZIMMERMAN